UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  14-MC-22490-DPG

DONALD ALAN TOBKIN,

     Appellant,

 vs.

JACQUELINE CALDERIN,

     Appellee.

_____/

## **<u>ORDER DENYING MOTION FOR LEAVE TO APPEAL</u>**

THIS MATTER came before the Court upon Debtor-Appellant's Motion for Leave to Appeal [ECF No. 1].  The Court has reviewed the Motion, Appellee's response in opposition, the pertinent portions of the record, and is otherwise fully advised in the premises.

On July 7, 2014, Appellant filed a motion for leave to appeal an Order of the Bankruptcy Court denying his motion to alter, amend, and/or vacate an order dismissing his bankruptcy appeal.  Appellant now moves for leave to appeal that Order.  Appellee opposes the requested relief.

Federal courts are of limited jurisdiction.  *Federated Mut. Ins. Co. v. McKinnon Motors, LLC,* 329 F.3d 805, 807 (11th Cir. 2003).  Regarding appeals from bankruptcy courts, district courts only have jurisdiction over final orders, certain interlocutory orders as specified in 28 U.S.C. § 158(a)(2), and other interlocutory orders, as specified in 28 U.S.C. 158(a)(3), with leave of Court.  In his motion for leave, Appellant indicates that the order his is appealing is interlocutory, but fails to detail how it falls within one of the limited categories of appealable interlocutory appeals.  Based thereon, it is

**ORDERED and ADJUDGED** that the Motion for Leave to Appeal is **DENIED** without prejudice.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** for administrative purposes and all pending motions are **DENIED as MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 20th day of November, 2014.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE